Date: 12/01/2017                    Judge: JOHN F. ANDERSON
                                    Reporter: FTR

Start: 10:08AM
Finish: 10:18AM

Civil Action Number: 1:17-cv-364-LMB-JFA

Sharyl Thompson Attkisson et al.

vs.

Unknown Named Agents Of The Department of Jusitce

Appearances of Counsel for (✓) Pltf (    ) Deft
(    ) Matter is uncontested
Motion to/for:

[141] Plaintiff's Motion for Extension of Certain Discovery Deadlines


Argued &
(✓) Granted (    ) Denied (    ) Granted in part/Denied in part
(    ) Taken Under Advisement (    ) Continued to _____

_____
_____
_____
_____
_____
_____
_____

(    ) Report and Recommendation to Follow
(✓) Order to Follow