IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SHARYL THOMPSON ATTKISSON, )
et al., )
)
)
Plaintiffs, )
)
v. ) Civil Action No. 1:17cv0364 (LMB/JFA)
)
ERIC HOLDER, et al., )
)
Defendants. )
)

### ORDER

On Friday, December 1, 2017, counsel for the plaintiffs appeared before the court to present argument on plaintiffs' motion for status conference and extension of certain discovery deadlines (Docket no. 141). Upon consideration of the unopposed motion and incorporated memorandum, and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' motion is granted. The current Scheduling Order (Docket no. 108) is vacated. Plaintiffs are directed to substitute new parties for the John Doe defendants by no later than **January 5, 2018 at 10:00 a.m.** Once the substituted parties have been served and make an appearance in this case, a new scheduling order will be entered.

Entered this 1st day of December, 2017.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia