UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **SHARYL THOMPSON ATTKISSON, et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**ERIC HOLDER, et al.,**<br><br>    Defendants. | Civil Action No. 1:17-cv-364 (LMB/JFA) |

### PLAINTIFFS' WITHDRAWAL OF NOTICE OF HEARING AND WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that undersigned counsel, as attorneys for Plaintiffs in the above-styled cause, pursuant to L. Civ.R. 7(E) hereby waive their request for an oral argument on their Motion to Amend Scheduling Order and for Status Conference Regarding Discovery (Dkt. No. 148) and furthermore withdraw their previously-filed notice of hearing which set the above-described motion for hearing before the Honorable Leonie M. Brinkema, at Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314 on December 22, 2017 at 10:00 a.m. and request that the Court rule on the matter on the pleadings.

                                          Respectfully Submitted,

                                          SHARYL THOMPSON ATTKISSON
                                          JAMES HOWARD ATTKISSON
                                          SARAH JUDITH STARR ATTKISSON

                                          By Counsel

/s/    David W. Thomas
J. Gregory Webb, Esq. (VA Bar No. 38157)
David W. Thomas, Esq. (VA Bar No. 73700)
E. Kyle McNew, Esq. (VA Bar No. 73210)

MichieHamlett PLLC
500 Court Square, Suite 300
Post Office Box 298
Charlottesville, VA 22902-0298
Tel. 434-951-7200
Fax: 434-951-7218
dthomas@michiehamlett.com
gwebb@michiehamlett.com
kmcnew@michiehamlett.com

C. Tab Turner, Esq. (admitted *pro hac vice*)
TURNER & ASSOCIATES, P.A.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
(501) 791-2277
tab@tturner.com

### CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following counsel of record:

    Andrew Han, Esq.
    Dennis Carl Barghaan, Jr., Esq.
    Office of the United States Attorney
    Justin W. Williams U.S. Attorney's Building
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Tel: 703-299-3970
    Fax: 703-299-3983
    Andrew.han@usdoj.gov
    Dennis.barghaan@usdoj.gov
    Lauren.wetzler@usdoj.gov
    *Counsel for the Government*

    /s/   David W. Thomas_____
    J. Gregory Webb, Esq. (VA Bar No. 38157)
    David W. Thomas, Esq. (VA Bar No. 73700)
    E. Kyle McNew, Esq. (VA Bar No. 73210)
    MichieHamlett PLLC
    500 Court Square, Suite 300
    Post Office Box 298
    Charlottesville, VA 22902-0298
    (434) 951-7200; (434) 951-7218 (Facsimile)
    dthomas@michiehamlett.com
    gwebb@michiehamlett.com
    kmcnew@michiehamlett.com