Date: 01/12/2018          Judge: JOHN F. ANDERSON
Reporter: FTR

Start: 10:54 AM
Finish: 11:42 AM

Civil Action Number: 1:17-cv-364-LMB-JFA

Sharyl Thompson Attkisson et al.

vs.

Eric Himpton Holder Jr. et al

Appearances of Counsel for (✓) Pltf ( ) Deft (✓) Non-Party
( ) Matter is uncontested
Motion to/for:

[156] NON-PARTY VERIZON VIRGINIA LLC'S MOTION FOR A PROTECTIVE ORDER

[159] PLAINTIFFS' MOTION TO COMPEL

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

[156] - granted in part / denied in part

[159] - denied without prejudice

( ) Report and Recommendation to Follow
(✓) Orders to Follow