IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SHARYL THOMPSON ATTKISSON, )
et al., )
  )
       Plaintiffs, )
  )
v. ) Civil Action No. 1:17cv0364 (LMB/JFA)
  )
ERIC HOLDER, et al., )
  )
       Defendants. )
  )

## ORDER

On Friday, January 12, 2018, plaintiffs and non-party Verizon Virginia LLC ("Verizon") appeared before the court to present argument on Verizon's motion for protective order (Docket no. 156). Upon consideration of the motion, memorandum in support (Docket no. 157), opposition (Docket no. 165), and reply (Docket no. 167), and for the reasons stated from the bench, it is hereby

ORDERED that Verizon's motion for protective order is granted in part, denied in part.

Entered this 12th day of January, 2018.

                                          /s/
                                   John F. Anderson
                                   United States Magistrate Judge

                                   John F. Anderson
Alexandria, Virginia                   United States Magistrate Judge