IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SHARYL THOMPSON ATTKISSON,
*et al.*,

        Plaintiffs,

    v.

ERIC HOLDER, *et al.*,

        Defendants.

Civil Action No. 1:17cv0364 (LMB/JFA)

JAN 1 2 2018

## ORDER

On Friday, January 12, 2018, plaintiffs and non-party United States of America appeared before the court to present argument on plaintiffs' motion to compel (Docket no. 159). Upon consideration of the motion, memorandum in support (Docket no. 160), opposition (Docket no. 166), and reply (Docket nos. 168–69), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' motion to compel is denied without prejudice.

Entered this 12th day of January, 2018.

/s/

John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia