FILED: June 14, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1677
(1:17-cv-00364-LMB-JFA)

_____

SHARYL THOMPSON ATTKINSON; JAMES HOWARD ATTKINSON; SARAH JUDITH STARR ATTKINSON

      Plaintiffs - Appellants

v.

ERIC HIMPTON HOLDER, JR., Individually; PATRICK R. DONAHOE, Individually; UNKNOWN NAMED AGENTS OF THE DEPARTMENT OF JUSTICE, In their individual capacities; UNKNOWN NAMED AGENTS OF THE UNITED STATES POSTAL SERVICE, In their individual capacities; UNKNOWN NAMED AGENTS OF THE UNITED STATES, In their individual capacities; FEDERAL BUREAU OF INVESTIGATION; MCI COMMUNICATIONS SERVICES, INC.; CELLCO PARTNERSHIP, d/b/a Verizon Wireless

      Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:17-cv-00364-LMB-JFA |
| Date notice of appeal filed in originating court: | 06/14/2018 |
| Appellants | SHARYL THOMPSON ATTKINSON; JAMES HOWARD ATTKINSON; SARAH JUDITH STARR ATTKINSON |
| Appellate Case Number | 18-1677 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |